DONALD MAGEE v. FORD MOTOR COMPANY.

June 19, 1974. Petition for certification denied.

SARAH BRODY v. OVERLOOK HOSPITAL.

June 18, 1974. Petition for certification granted. (See 127 *N. J. Super.* 331)

STATE OF NEW JERSEY v. ELLA HOPSON.

June 18, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS PETWAY.

June 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. STEFAN KROL.

June 19, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. AUSTIN JOHNSON.

June 19, 1974. Petition for certification denied.